```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
          -v-                                                     :   S8 23 Cr. 501 (JPC)
                                                                  :
CYNTHIA ONEGA,                                                    :   ORDER
                                                                  :
                              Defendant.                          :
                                                                  :
------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court will hear Defendant's application for bail on March 6, 2025, at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.  By February 28, 2025, the parties may (but are not required to) make submissions concerning Defendant's application for bail.  Any responses to those submissions must be filed by March 4, 2025.

SO ORDERED.

Dated: February 21, 2025
       New York, New York

_____
JOHN P. CRONAN
United States District Judge