UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                                        :

UNITED STATES OF AMERICA,                   :

                                     :

          -v-                              :            S8 23 Cr. 501 (JPC)

                                     :

CYNTHIA ONEGA,                       :            <u>ORDER</u>

                                     :

                Defendant.         :

                                     :

-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On January 2, 2026, Defendant Cynthia Onega requested that the Court issue an order

directing her current place of detention, the Essex County Correctional Facility, to permit her to

have regular monthly contact visits with her five-year-old son.  Dkt. 208.  That request is granted.

The Essex County Correctional Facility is hereby ordered to permit at least one contact visit per

month between Ms. Onega and her son.  Any visitation shall be subject to the facility's security and

safety protocols, as well as subject to any reasonable conditions that the facility deems appropriate.

       The Clerk of Court is respectfully directed to close Docket Number 208.

       SO ORDERED.

Dated: January 13, 2026
      New York, New York                          JOHN P. CRONAN
                                     United States District Judge