UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

UNITED STATES OF AMERICA :

-v- : 23 Cr. 501 (JPC)

CYNTHIA ONEGA : PRETRIAL ORDER

Defendant. :

---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Trial is scheduled to begin in this matter on May 31, 2027. The parties must familiarize themselves with Part 7 of the Court's Individual Rules and Practices in Criminal Cases for further requirements as to the submission of pretrial materials, exhibit lists, exhibits, and material pursuant to 18 U.S.C. § 3500. Unless the Court orders otherwise, any exhibit lists, exhibits, and Section 3500 material shall be submitted to the Court electronically, and the parties shall not submit hard copies.

Any pretrial motions by Defendant, aside from motions *in limine* and motions to preclude expert testimony, are due November 2, 2026. The Government's opposition is due November 23, 2026, and Defendant's reply, if any, is due November 30, 2026.

The deadline for the Government's expert disclosures pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) is January 18, 2027. The deadline for Defendant's expert disclosures pursuant to Rule 16(b)(1)(C) is February 18, 2027. The Government shall provide Defendant with notice of any evidence it seeks to admit at trial under Federal Rule of Evidence 404(b) by March 19, 2027. By April 2, 2027, the parties shall submit proposed *voir dire* questions, requests to charge, and proposed verdict forms. Any motions *in limine* and motions to preclude expert testimony shall also be filed by April 2, 2027, with oppositions due April 16, 2027, and replies due

by April 23, 2027.

The parties shall appear for a final pretrial conference on May 25, 2027, at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: October 7, 2026
New York, New York

JOHN P. CRONAN
United States District Judge